UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAHSAAN T. FITZGERALD,<br><br>    Petitioner,<br><br>    v.<br><br>HEDGEPETH, Warden,<br><br>    Respondent. | Case No. CV 11-3819 SVW(JC)<br><br>JUDGMENT |

Pursuant to the Court's Order Dismissing Action without Prejudice, this action is dismissed without prejudice for lack of jurisdiction.

IT IS SO ORDERED AND ADJUDGED.

DATED: May 11, 2011

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE